IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK BELL, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-227-ECM |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**MEMORANDUM OPINION and ORDER**

On February 28, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's motion to vacate, set aside, or correct be denied and this case dismissed with prejudice (doc. 21) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the motion to vacate, set aside, or correct is DENIED, and this case is DISMISSED with prejudice.

Done this 8th day of April, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE